The first case for argument this morning is 21-2323, EEC International v. Secretary of the Army. Mr. Holmes, whenever you're ready. Good morning, Your Honors. My name is Dale Holmes, and I'm the attorney representing Environmental Chemical Corporation International, ECCI. I've been handling these cases for eight plus long years of exhausting, expensive litigation. I mention that because I believe it's relevant, and I'll get to it in more detail related to the Wilkins case, and some of the cautions that the Supreme Court recently gave us about these kinds of jurisdictional issues being decided late in the process, and the extreme waste of litigation resources that comes from that kind of a decision. So why don't you begin with this jurisdictional question, and you got our note or our letter. Yes, yes I did, and I would gladly like to do that, Your Honor. So the Supreme Court gave us recent guidance in Wilkins v. United States on how to treat jurisdictional provisions and statutes. We think that Wilkins is directly applicable and precedent for this court in the present appeal, and we believe it supports ECC's position for several reasons, so let me get to those. Based on the holding and reasoning in Wilkins, the some certain provision that's an issue on the jurisdictional matter before us is a procedural requirement in our view, and not a jurisdictional requirement that would have supported dismissal of these appeals. To decide whether or not a language in a statute, and by the way, the language we're talking about here, some certain, isn't in the statute. Well, that's what's kind of odd. We read all of these cases, and they're talking about discerning congressional intent and looking for specificity in that intent, and here, I mean, okay, so we don't have a statute, but we do have a FAR provision that's based on, it's defining the term in the statute claim, right? Yes. So in your view, is that enough of a hook or not enough of a hook to be looking at congressional intent on the jurisdictional question? Well, Congress didn't implement the FAR. That was a federal agency that implemented it, and we don't think that Congress intended for that language and the definition of a claim to be used as a jurisdictional bar to the filing of an appeal. I mean, it doesn't fit the whole process in the Contract of Speeds Act for how claims are processed, and also the other aspect about negotiations and ADR, which is in the Contract of Speeds Act that was added after the original act was passed. So I want to get back to the language from Wilkins because I think it is very instructive on how we should look at the issue here. Wilkins says that, quote, this court will treat a procedural requirement as jurisdictional only if Congress clearly states that it is. In our view, the Contract of Speeds Act does not have this language about some certain and has no indication that the some certain should be treated as jurisdictional. For that reason, we think that it's pretty clear. We have two buckets in jurisdiction, subject matter and then what the Supreme Court has been calling repeatedly in cases, claim processing rule. Right. Typically, the claim processing rule, if you look at all the cases, it's usually the time limit. Right. You think this is clearly a claim processing rule that's into that bucket? We do, yes. Talk to me about that. Well, first of all, the Contract of Speeds Act, when it didn't put a definition of a claim out there, it left that to the agencies through their regulations. We just don't think that a requirement for a particular dollar amount is substantive enough to rise to the level of you lose jurisdiction. By the way, we think and we think we've proven that we actually did give a some certain in our claim. Okay, so let's move to the merits. Yeah. Well, firstly, if we decide this is not jurisdictional, what's the next step in this case as you see it? Yes, and that was the point I wanted to raise. We think that this is a procedural rule and obviously, in this case, the Contract of Speeds Act was not followed by the government. They didn't issue a final decision. There's no evaluation of the claim by a contracting officer. I know, but we're kind of past that. Well, we are. I mean, you've had your trial. Right. It lasted like over a week, right? Two-week trial, correct. And then this motion came in a few months after that. So you've never had a decision. You do not yet have a decision on the board from the board on the merits. For most of the claims. Yes. There was a decision on a part of the claim actually that came to the Federal Circuit and it was decided without a problem. So if we were just to conclude that there is not a jurisdictional bar, do we just remand it and then the board, having had a hearing, just goes back and writes the decision on the merits hearing in this case? Is that what happens? Yes. We think that's an option. If the board concluded that it couldn't determine the sum certain for whatever reason, again, we think the board could handle that by some kind of an order requesting the parties to address that issue and provide exactly how. The sum is in the claim. There's multiple parts to the claim. Besides Wilkins, do you have other cases you want us to look at on the jurisdictional point? I'm sorry? Besides Wilkins, do you have any other cases you would like us to examine on the jurisdictional point? Yes. I think the case cited in Wilkins, the Supreme Court case Boechler, is also of relevance on this issue. That's, again, a case where they remanded the case and corrected the procedural issue that they found to be present in that case. What about Fort Bend, Justice Ginsburg? I find that opinion helpful because Justice Ginsburg sort of summarizes all of the precedents in this area. Right. Have you looked at that one? I have not personally looked at that one, Your Honor. One final point related to Wilkins, if I could, before we move to the merits of how you calculate the sum certain, which I've walked through in our briefs, but I do want to... You know, Wilkins talked about using procedural rulings on these kinds of matters, promoting the orderly progression of the litigation and eliminating waste and disruption. And we think that this is a textbook case for how that has happened because of all of the time that's spent in the late raising of the issue by the government and then the board ruling on it after seven years of litigation and multiple summary judgments of two-week trial. And there was no evidence in the record from a contracting officer that indicated they couldn't determine what the sum certain was. I mean, we're in a weird procedural posture. Yes. Because this appeal turned out to be kind of a hybrid. I mean, you know, you didn't dispute jurisdiction, so you proceeded to argue the merits. But it's a little weird for us now to look at the merits, assuming we sent it back. Right. Would you say it's premature for us to then say anything about the merits because we're going to send it back and you anticipate the board's going to issue a decision on the merits then? Yes. That we don't have yet, right? Correct. That's right. All right. Because the whole gist of the board's decisions in both cases is jurisdictional. And they looked at the claims from that perspective. But if you do go back and look at the issue of sum certain, we wanted to highlight that you can do simple math and get to the sum certain. Well, I know you keep saying that, so you got me. I mean, I understand the standard, as I understand it, is pretty low in terms of specificity. But I think looking at the cases that at least were cited in the briefs, this is a little more complicated than the simple math cases that the courts or the board has looked at before, right? Well, actually, I would respectfully disagree, Your Honor. Here's why. If you go look at the claim, and it's 612 pages long, and it's $13 plus million. And so from that perspective, most of the cases that the board looks at aren't that large and aren't that complicated. And there's hundreds of pages of estimates that come along with the claim. And so you do have to study the claim carefully. And it's a lengthy narrative and it's got a lot of backup documents. But in terms of how simple it is to look at, we listed in the claim, and there's an exhibit in the appendix that we put together, Appendix 608, that pretty much does the math for you. It tells you the pages from the claims that you go to. Is that a spreadsheet or is that something else? It was a spreadsheet, yes. And so you have to look at multiple pages in the claim to determine the dollar amounts. But you do it through simple math. Did this come up? Was this a source of debate during this hearing? I mean, were there questions raised about this claim and what's the dollar amount? I mean, I don't know what you did for seven days. I'm sure there was a lot going on in the trial. But did these issues come up? Nine days. No. No issue was ever raised. The contracting officer didn't testify that he didn't understand the dollar amounts. No cost experts, and there was much cost testimony from both the government and from ECCI. Nobody ever said, we can't figure out the amount of this claim. And you simply can't. If you go to that chart again and you take our claim listed the days of delay, specifically month by month, the cause of the delay, and the dollar amount of the cost the contractor incurred for each of those days of delay, and then you simply had to multiply those together, and then you had to add profit and overhead. There's another place in the claim where the profit and overhead is listed. Again, there are a lot of ifs here. If we were to conclude that jurisdiction was not a bar, if we were to remand it for the board to, I guess, finish its work and write an opinion on the merits, is it too late now? I mean, was some certain the dispute over whether or not there was enough specificity with each claim, is that going to be part of the board's analysis, or is that just off the table because it wasn't raised previously? Well, the board is going to issue, if it's remanded, the board is going to issue a decision on entitlement, whether or not the claim allegations we made are valid, and quantum, which would be a cost component. And so we would expect, and if the board has any further questions about the quantum, they can issue orders and there could be supplemental evidence. But bottom line is we think the record is complete at this point, and they can determine if they find entitlement, a specific dollar amount. Do you think you're foreclosed, if we were to remand this case, do you think you would be foreclosed from actually doing the math and presenting your contentions in terms of the actual dollar amounts? If this court ordered, it remanded, it indicated that it's a procedural matter that could be corrected, we think we would be able to correct it and could be allowed to correct it. You know, you spend a lot of time arguing that this is a matter of simple math and anybody could do this, and the government is saying, well, wait a second, it's not so simple. Well, it seems to me if it's a matter of simple math, you should have been able at some point to do the math and present it and not leave it as an open question for somebody else to sort out. And we did that. The math was done in the pleadings and in the motion practice after the trial, when this jurisdictional issue was looked at. We actually filed an affidavit where the math was done, and again, the summary is that chart that I referred you to earlier. And if you go to that chart, and that chart comes completely from the claim, the claim documents. If you go to the different pages in the claim that that chart shows, it will tell you exactly where the numbers came from, and everything adds up to the exact amount of the claim. I mean, we don't have the formulas underlying the spreadsheet, right? You said there was a different part we should look at to kind of get the summary of the chart. Is there a different page you want us to look at for that? Yes. Well, that chart actually does the math for you and gives you the exact amount of the claim. Right, but I'm saying I don't have it on my computer where I can actually see it. You said there was an affidavit or something that would actually do a little summary. Yes. I thought that's what you just told me. There's an affidavit by Mr. Scott Hayward, and it is in the record. And let me, if I could check my notes real quick. I know I'm about to run out of time here. But the affidavit was drafted by Mr. Hayward, and it explains how he prepared that chart and how he did the math. So I think it's referred to in our brief. At this point, my apologies that I don't have it readily at hand. I would like to reserve the last minute and a half for my rebuttal. Yes, please do. Let's hear from the governor. Could you give me that citation when you get back up? I'm sorry? Could you give me that citation when you get back up? Yes. Yes, thank you. Good morning. May it please the court. To answer the court's question about whether the sum certain requirement is a jurisdictional element of the CBA, the answer is yes. And the court decided that in Secure Force in 2018 when the court, in a binding decision. Our court. This court, Secure Force, yes. In a binding decision reversing the trial court's decision that the trial court had jurisdiction over a claim dealing with a challenging determination for convenience that had no sum certain. Wilkins sheds a somewhat different light on things, don't you think? No, Your Honor, because Secure Force was decided after Henderson. And Henderson is very similar to Wilkins in that it deals with whether a statute of natural limitations, in that case a VA statute, was either a claims processing rule or was jurisdictional. And Secure Force was decided without any recognition of any concern in light of Henderson. Did anybody raise the jurisdictional point in Secure Force? That was the point of the court's holding in Secure Force. The government appealed the trial court's finding that it had jurisdiction over a claim challenging a termination for convenience that had no sum certain in it. Let me ask you. I'm not remembering. In Secure Force, I mean, this case, the facts of this case, seem to be a poster child for what Wilkins was talking about. Because here we've got eight years of no early opinion, five years of settlement, a hearing months after the hearing, not a peep about jurisdiction, and then jurisdiction comes in at the end. And that's kind of what the Supreme Court has been telling us in some of the recent cases. Like, this doesn't make a lot of sense for judicial efficiency or fairness to the litigants, and so we ought to take a careful look. So let's leave Secure Force as us. And no matter how right or wrong we are, it doesn't matter if the Supreme Court seems to be telling us we're wrong about that. So whether we were right or wrong is, so why don't we talk about what the Supreme Court requires. Take Secure Force off the table and tell us what the Supreme Court would do with a case like this. So the trend at the Supreme Court has been focusing on statutes and rules that have time limitations. And this, the CDA and the sum certain requirement is nothing like those cases. But not all of them. You're right. I mean, most of them, but not all of them. So is your argument, do we have one, two buckets, subject matter jurisdiction and claims processing rules? One, do you agree that there are two buckets? And two, are you telling us then that this is the subject matter jurisdiction bucket and not the claims processing rule bucket? The Wilkins and Henderson and the cases that are, those cases are primarily about timelines and time limitations. This case is about a substantive element of a claim that goes to the court or the board's jurisdiction. And we see that in the CDA itself. So following the instructions in Wilson and Henderson, what we see in the CDA in section 71, 41 U.S.C., section 7104, the court, sorry, Congress authorizes the board to hear an appeal of a contracting officer's final decision under 7103. We go to 7103 and that provision, 7103A1 and 2 together, say that the contractor has to submit a claim. And each claim by the contractor shall be in writing. And so 7104 and 7103 are setting out the board's jurisdiction. And what is a claim? This court in Essex, Electro Engineers. Why did you wait until after the full hearing on the merits to actually bring up jurisdiction? What was the timeline? Why was that your timeline here? The jurisdictional issue came to the forefront when two months, I'll actually back up a little bit, in 2019 the board held that ECCI's claim, delay claim based on security changes was not cognizable. That any security changes that took place at the project were not a government-caused delay. And a year later they're getting ready for trial and ECCI produces a new expert report that doesn't claim any delay days because of the security changes. This is a huge shift from what was presented in the claim. And that caused the court to go back and say, wait a minute, what's going on? And that's when the court during post-trial briefing, they didn't delay the trial, but during post-trial briefing, post-hearing briefing, raised the question of the board's jurisdiction. And it's that kind of concern that is what requires there to be some certain. And when we look, again, back at the statute. Let me ask you, I mean, I understand that you went through the idea of the statute says claim and then presumably you've been delegated the ability or the right to define, to put some clothes on the claim issue. But there's nothing in the Supreme Court's opinions, at least the ones that I've read, all, I mean, this has come down, this change has come down. The only thing we're looking at is congressional intent at what Congress said. And the standard repeated in Wilkins, it's from Batchelor, or however you pronounce that name. Only if Congress clearly states that it is. So even if Congress says the time limit is seven days, my understanding of Supreme Court precedent, tell me if I'm wrong, that even, I mean, they're still requiring a more detailed expression by Congress. So I take your point that generally, yeah, we can trace why some certain in the FAR regulations is related to something that Congress said, because they said claim. How on earth can you think that the specificity in Congress's use of the word, the term claim, can get us to the point where it's jurisdictional if there's no some certain expressed with respect to the claim? Your Honor, going back to the statute, the CDA, the plain language of the term claim, this court held in Essex, includes a requirement to state a some certain. That is the concept of a claim. Is that what Congress said, or is that what the FAR said? No, that's what this court interpreting claim juxtaposed with the FAR provision. And so someone was challenging the FAR provision. And you think that satisfied what the Supreme Court has described to us in its recent jurisprudence on jurisdiction for a clear statement of Congress? Yes. In addition, but I would point out in addition to three other places and 7103 in the statute itself provides reference to amounts that the claim has to have an amount. 7103B1 requires when a contractor has a claim over $100,000, they have to certify, and I'll quote, the amount requested accurately reflects the contract adjustment for which the contractor believes the federal government is liable. So that language is indicating that you need to have a claim that has an amount, i.e., a some certain. A similar reference to amounts of the claim are in 7103F1 and F2. If we disagree with you on your arguments relating to jurisdiction, do you agree that the appropriate remedy is a remand? No, Your Honor. If this court were, and actually the court may not need to reach this question, the court could affirm on an alternate ground that the claim failed under the FAR, failed to state a claim, because the board has already found that it failed to comply with the FAR provisions. And that would be an independent basis for affirming the board's decision. So like the court did. Let me ask you about that. Okay. That's one option. I think I appreciate what you're saying. But if the alternative is we tell the board, they had an eight-day trial, a nine-day trial, and they didn't write an opinion. And they didn't write an opinion because they felt like they were foreclosed by the jurisdictional argument. But let's assume this is not jurisdictional. So you still have some certain requirement in the FAR, but the board has a record on that. And you, I don't know. I don't know if you raised the some certain under FAR, if that was part and parcel of this nine-day trial. But that's what we would be looking at. We would be looking at that record, correct? The record before the board that you put on and your friend put on. And I don't even, I haven't gone through nine days of record testimony. But if somebody made, did you make an argument at trial that this violates FAR because there's not a sufficient some certain? Was that part and parcel of discussion of damages and so forth at the trial? I don't, I did not try the case, Your Honor, but I don't know if that was raised in those terms at the trial. Let's assume it wasn't raised. So there was no real challenge to their evidence as being insufficient under the FAR provisions, hypothetically. If we say it's not jurisdictional, the board goes back and resolves the case based on the arguments raised and the evidence put in if it's nine-day trial, right? But the trial goes beyond what's in the claim. And the question would be whether under the FAR, did they submit a claim that met the requirements of the FAR provisions? And that's what this court has decided. But if it's not jurisdictional, then,  the main difference between jurisdiction here is only whether or not you're foreclosed. If it's not jurisdictional, too late, too bad. You could have raised a motion to dismiss and the lack of sufficiency of the evidence or failure to comply with FAR. But aren't those arguments foreclosed to you if they, I don't know, you and I don't know whether they've been made or not. So they're not foreclosed. So you can come, if it's not a jurisdictional argument, you can come in after the hearing record is closed, after all the arguments are made, and you can make a new motion after the trial based on FAR? That the claim failed, that they failed to state a claim. Because they failed to have a sum certain in the claim. And you think you can raise that at the juncture it's at now, even if it's not a jurisdictional argument? It would, I don't think it's, I don't think it's precluded. I mean, all the arguments you made three months after the hearing record closed about, wait, this is, they haven't satisfied the jurisdictional requirements. I agree with you. If it is jurisdictional, you can raise it then too. But if it's not, you still think you can raise that argument that late in the proceeding? Because the board actually went through the process and determined that there was no sum certain, that this claim that had been presented, it was being litigated. When did it go through the process? You mean in this post, based on your raising this as a jurisdictional argument post hearing? Right. The board found that the elements of the claim were not met under the FAR. And that's what this court can review and affirm on that basis, that there was never a claim. Okay. So let's leave the jurisdictional question aside. Same case goes through eight years of settlement negotiations, whatever. Nine day hearing, hearing record closed, not a peep about the FAR, some certain provision. And then you can come in three months later and say, hey, wait a minute. We got a motion to dismiss or whatever. You should foreclose the whole claim. You're saying you could do that too, even if it's not jurisdictional. I mean, it's not up to me. I think it could be raised. I think it could be raised. And here the board found that there was no sum certain. And the sum certain documents that are being relied on are, at this point, are nothing like what was presented at the claim. In the claim, there was no breakout of the sum certain. But you knew that, at least as of the first day of hearing or months before. You had the same record of what the contractor had provided, right? Did you offer a motion to dismiss, motion for summary judgment, raise it at trial, the issue of whether or not they failed to satisfy the sum certain requirement under FAR? There were other motions that were filed on various aspects of the case, but the sum certain question was raised in the motion to dismiss in 2020. So the answer to my question is no? Yes. I'm sorry. The answer is no. It wasn't raised earlier. There are no further questions then? Thank you. I think I just have about a minute and a half, but I did want to cover two or three real quick things in rebuttal and also provide Your Honor with the citation. The pages in the appendix where the affidavit and the explanation are, I would cite appendix 578 and then additionally 597 to 603. And I think those are the explanations for doing the math. On the sum certain issue, I was at the trial the entire time. The words sum certain were never uttered by a lawyer, a witness, or the judge during that trial. Was FAR provision dealing with sum certain? I mean, did they use the FAR provision as opposed to using the term? The FAR provision was never mentioned. The words sum certain were never mentioned. It was not an issue. Was there an argument made about the lack of specificity with respect to the individual charges of the claim? No. There was extensive cost expert testimony. Do you know enough about the procedures that the board follows as to whether or not procedurally they would still have the authority or the ability to reopen the record or to entertain a motion to dismiss a month after hearing? I mean, let's put ourselves back in a situation. The board certainly has procedures where they can open a record if they feel like they need additional evidence to address any of the issues before them. And that happens. I've been board practicing for 40 years. But they clearly would have had – there were plenty of opportunities starting years ago for the government to have raised these issues, correct? Absolutely, Your Honor. And I think that's a very good point to end on. Before you end. Okay, yeah. And I'll hope that if we can continue. Right before you end. So I was like, don't leave me yet. Yeah, that made me laugh. So if we were to find that this is not jurisdictional, do you believe these some certain issues can be raised, we do go ahead and do a remand? If the government wanted to have that addressed, I think the board absolutely could issue an order and have additional evidence, additional briefing to address some certain and answer any questions it might have if some certain related to the decision they were issuing on the merits. That absolutely can be done. And I know we're about to start the second appeal. Well, yeah, we've got to end this one before we do that. Okay. Okay. Thanks both sides and the case is submitted.